UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR,<br><br>      Plaintiff,<br><br>  v.<br><br>ZHAO "JENNY" ZENG HONG,<br><br>      Defendant/Judgment Debtor,<br><br>  v.<br><br>WELLS FARGO BANK,<br><br>      Garnishee. | Case No. MC15-0088RSL<br><br>ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Zhao "Jenny" Zeng Hong, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Wells Fargo Bank.  The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on July 16, 2015.  Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1   Dated this 23rd day of July, 2015.

2

3   *Robert S. Lasnik*

4   Robert S. Lasnik
    United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT        -2-